# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131526

KEITH HARRIS,
      Plaintiff-Appellant,

v

TURNER CONSTRUCTION
COMPANY, and PACE
MECHANICAL,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131526
COA: 263679
Wayne CC: 03-335339-CD

On order of the Court, the application for leave to appeal the May 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

l0220